IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Luckett, Ricky | Case Number: 07 B 14655 |
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 8/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 12, 2008
Confirmed: October 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,384.71 | |
| Secured: | | 196.92 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,112.73 |
| Trustee Fee: | | 75.06 |
| Other Funds: | | 0.00 |
| Totals: | 1,384.71 | 1,384.71 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,784.00 | 1,112.73 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 817.00 | 46.92 |
| 4. | Condor Capital Corp | Secured | 8,502.07 | 150.00 |
| 5. | Litton Loan Servicing | Secured | 24,925.00 | 0.00 |
| 6. | Condor Capital Corp | Unsecured | 1,244.76 | 0.00 |
| 7. | Columbus Bank & Trust | Unsecured | 81.59 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 535.58 | 0.00 |
| 9. | Ameritech | Unsecured | | No Claim Filed |
| 10. | AFNI | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Bally's Health Club | Unsecured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | Collectrite | Unsecured | | No Claim Filed |
| 15. | GMAC Auto Financing | Unsecured | | No Claim Filed |
| 16. | Culligan | Unsecured | | No Claim Filed |
| 17. | GEMB | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | Household Bank FSB | Unsecured | | No Claim Filed |
| 20. | Leading Edge | Unsecured | | No Claim Filed |
| 21. | Medical Collections | Unsecured | | No Claim Filed |
| 22. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 23. | Pacific Creditors | Unsecured | | No Claim Filed |
| 24. | Park Dansan | Unsecured | | No Claim Filed |
| 25. | Peoples Energy Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:**  Luckett, Ricky | | Case Number:  07 B 14655 |
| | | Judge:  Hollis, Pamela S |
| Printed:  6/24/08 | | Filed:  8/14/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Providian Bank | Unsecured | | No Claim Filed |
| 27. | WFS Financial | Unsecured | | No Claim Filed |
| 28. | United Consumer Financial Srv | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 38,890.00 | $ 1,309.65 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 73.39 |
| 6.5% | 1.67 |
| | _____ |
| | $ 75.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

